DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WASHINGTON, DC

District of Columbia

<u>AFFIDAVIT</u>

I, Chadwick M. Elgersma, having been duly sworn and appointed as a special agent of the Federal Bureau of Investigation (FBI), do hereby state as follows:

1. I am "an investigative or law enforcement officer" of the United States within the meaning of 18, U.S.C., § 2510(7). That is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18, U.S.C., § 2516.

2. I have been employed by the FBI since October 2005. I have training in the enforcement of the laws of the United States, including training in the preparation, presentation, service and execution of criminal complaints and arrest and search warrants. I have completed the twenty-week training program given by the FBI, which includes instruction in the investigation of various criminal offenses governed by federal law.

3. I am currently assigned to Squad CR-18, the Innocent Images/Child Exploitation squad within the FBI Washington Field Office's (WFO) Northern Virginia Resident Agency (NVRA). My duties include, but are not limited to, investigations related to the receipt, possession and distribution of child pornography in the Washington, DC area.

4. This affidavit is made in support of a search warrant application for all computers and electronic media seized during the court-authorized search of 35 E Street NW, Apartment #409, Washington, DC  20001. The purpose of the warrant is to search for items associated with the illegal receipt of child pornography, in violation of 18 U.S.C. §2252(a)(2) and 2252A(a)(2). The computer was being searched pursuant to a search warrant of drug trafficking evidence when law enforcement encountered in plain view, suspected child pornography images. In an abundance of caution, and without conceding that an additional search warrant is legally required to proceed further with the search

already being conducted, we are seeking this new search warrant for authorization to search for evidence not only of drug trafficking, but to include child pornography.

5. The information set forth in this affidavit is based upon my personal knowledge of this investigation and on information conveyed to me by other law enforcement officers. Since this affidavit is being submitted for the limited purpose of obtaining a search warrant for the above noted electronic media, I have not included every fact known to me concerning this investigation. I have set forth only the facts necessary to establish that probable cause exists that a federal crime has been committed and that there are presently located items connected to this crime on the media to be searched.

6. On or about January 27, 2009, agents from the FBI, along with other law enforcement personnel, executed a court-authorized search warrant at 35 E Street NW, Washington, DC, 20001. Agents had probable cause to believe said address contained evidence of the illegal distribution of controlled substances in violation of 21 U.S.C. §841(a)1).

7. During this search, agents seized a black Armor tower (no serial number), a Toshiba Satellite laptop (serial number 97321068K) and a Maxtor external 500 GB hard drive (serial number 2HA1521J). All items seized were taken back to NVRA for analysis.

8. On or about April 16, 2009, while analyzing the black Armor tower, a special agent with WFO's Computer Analysis Response Team (CART) uncovered numerous pictures of alleged child pornography. The CART agent immediately ceased his analysis. A request was submitted to WFO's Squad CR-18 to review several of the suspected child pornography images.

9. On or about April 17, 2009, I responded to CART's request and reviewed the suspected child pornography images. The images depict prepubescent and early teenage females scantily dressed and posing in provocative stances. Based on my training and experience, I believe the images I reviewed constitute child erotica, a form of child pornography.

10. Based on my training and experience, I know that individuals who possess child erotica often possess images/videos of naked children or children engaged in sexual acts with adults.

11. Based on my training and experience, I know that individuals who possess child pornography will store the images on various types of electronic media, including servers, laptops and external hard drives.

12. Based on the above mentioned facts, I assert that there is probable cause to believe that there is evidence related to the illegal receipt of child pornography, in violation of 18 U.S.C. §2252(a)(2) and 2252A(a)(2) located on the black Armor tower (no serial number), the Toshiba Satellite laptop (serial number 97321068K) and the Maxtor external 500 GB hard drive (serial number 2HA1521J) seized during the search of 35 E Street NW, Apartment #409, Washington, DC  20001.  The United States, therefore, seeks the issuance of a search warrant authorizing the search of the computers and electronic media more particularly described in Attachment A and permitting the seizure of the items more particularly described in Attachment B.

_____
Chadwick M. Elgersma
Special Agent
Federal Bureau of Investigation
Washington, DC

Subscribed and sworn to before me this_____day of_____, _____.

_____
U.S. Magistrate